# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CORNBREAD CBD, PBC, a public benefit corporation incorporated in the Commonwealth of Kentucky,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEIGH ROBERTS, in her official capacity as Chairwoman of the Tennessee Alcoholic Beverage Commission;<br>TIM WIRGAU, in his official capacity as a member of the Tennessee Alcoholic Beverage Commission;<br>DAVID TOMITA, in his official capacity as a member of the Tennessee Alcoholic Beverage Commission;<br>RUSSELL THOMAS, in his official capacity as Executive Director of the Tennessee Alcoholic Beverage Commission,<br><br>Defendants. | No. 3:25-cv-01056<br>Hon. Aleta A. Trauger<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Cornbread CBD, PBC hereby gives notice that this action is voluntarily dismissed.

ACCORDINGLY, Plaintiff dismisses this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

DATED: January 6, 2026.

Respectfully submitted,

/s/ David J. Hoffa

| | |
|---|---|
| Michael A. Johnson, Tenn. Bar No. 030210<br>JOHNSON, EVANS, & HEADRICK, P.C.<br>222 Second Ave. South, Suite 1250<br>Nashville, TN 37201<br>Telephone: (615) 747-7701<br>MJohnson@je.legal | David J. Hoffa, Ariz. Bar No. 038052*<br>PACIFIC LEGAL FOUNDATION<br>3241 E. Shea Blvd., Suite 108<br>Phoenix, AZ 85028<br>Telephone: (916) 419-7111<br>DHoffa@pacificlegal.org |

1

Chris Barnewolt, D.C. Bar No. 90020413*
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
CBarnewolt@pacificlegal.org

Anastasia Boden, Cal. Bar No. 281911*
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
ABoden@pacificlegal.org


*Pro Hac Vice
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of such filing to counsel of record who are registered with CM/ECF.

Dated: January 6, 2026.

Respectfully submitted,

/s/ David J. Hoffa
David J. Hoffa
